Edwards et al v. San Diego Urban League, Inc. Doc. 6

FILED
2006 SEP 12 AM 8:39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANA C. EWARDS, BELINDA A. WILLIAMS,<br><br>                    Plaintiff,<br>vs.<br>SAN DIEGO URBAN LEAGUE,<br><br>                    Defendant. | CASE NO. 06CV1788-H (WMc)<br>**ORDER TO SHOW CAUSE** |

On September 7, 2006, Plaintiffs Rana Edwards and Belinda Williams ("Plaintiffs") filed a complaint against Defendant the San Diego Urban League ("Defendant") asserting claims for breach of contract, breach of contract by non-performance, breach of contract by omission, breach of obligation arising from contract, and negligence. (Doc. No. 1.) "A federal court can decide cases only when it has subject matter jurisdiction." Shamrock Dev. Co. v. Concord, 656 F.2d 1380, 1384 (9th Cir. 1981). Federal courts are courts of limited subject matter jurisdiction; they can only adjudicate cases that the Constitution or Congress authorize them to adjudicate. Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 380-81 (1994). Essentially, federal jurisdiction is limited to actions based on diversity of citizenship under 28 U.S.C. § 1332 or federal question jurisdiction. See Finley v. United States, 490 U.S. 545, 551-52 (1989). Federal question jurisdiction is based on the Constitution or federal statute. See Kokkonen, 511 U.S. at 380-81. In their

Dockets.Justia.com

1  complaint, Plaintiffs allege Defendant received funding under the Veterans' Benefits
2  Act, 38 U.S.C. 101 *et seq*.  However, from the Court's review of the complaint, it is
3  unclear whether Plaintiffs assert that Defendant violated a provision of that statute or
4  if Congress has created a federal cause of action for their state law breach of contract
5  and negligence claims under these circumstances.  Furthermore, it does not appear that
6  diversity jurisdiction exists.  Accordingly, the Court **ORDERS** Plaintiffs to show
7  cause why this Court has jurisdiction in this matter.  Plaintiffs shall file a response to
8  this order on or before **October 2, 2006**.

9  IT IS SO ORDERED.
10 DATED: 9/11/06

11 _____
   MARILYN L. HUFF, District Judge
12 UNITED STATES DISTRICT COURT

**COPIES TO:**
Rana Edwards
2886 Hornet Way
San Diego, CA 92106-6243

Belinda Williams
P.O. Box 5092
San Diego, CA 92165