

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANA C. EDWARDS, BELINDA A. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO URBAN LEAGUE,<br><br>Defendant. | CASE NO. 06CV1788-H (WMc)<br><br>**ORDER DENYING EX PARTE MOTION TO STAY STATE COURT PROCEEDINGS** |

On September 7, 2006, Plaintiffs Rana Edwards and Belinda Williams ("Plaintiffs") filed a complaint against Defendant the San Diego Urban League ("Defendant") asserting claims for breach of contract, breach of contract by non-performance, breach of contract by omission, breach of obligation arising from contract, and negligence. (Doc. No. 1.) On October 13, 2006, the Court received Plaintiffs' ex parte motion to stay state court proceedings.

Under 28 U.S.C. § 2283, commonly referred to as the "Anti-Injunction Act," "[a] court of the United States may not grant an injunction to stay proceedings in a state court except as expressly provided by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments." 28 U.S.C. § 2283. None of the grounds for injunctive relief set forth in the statute are present in this case. See id. Injunctive relief would not aid this Court's jurisdiction or protect its judgments, and



1 | the Court is unaware of an applicable statute providing that a federal court may stay a
2 | state court proceeding under these circumstances.  Therefore, the Court **DENIES**
3 | Plaintiffs' motion to stay the state court proceedings.  Additionally, Plaintiffs have not
4 | served Defendant with a copy of the summons and complaint.

IT IS SO ORDERED.

DATED: 10/13/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

**COPIES TO:**
Rana Edwards
2886 Hornet Way
San Diego, CA 92106-6243

Belinda Williams
P.O. Box 5092
San Diego, CA 92165