

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| RANA C. EDWARDS, BELINDA A. WILLIAMS,<br><br>           Plaintiff,<br>vs.<br><br>SAN DIEGO URBAN LEAGUE,<br><br>           Defendant. | CASE NO. 06CV1788-H (WMc)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO ACCEPT LATE RESPONSE TO ORDER TO SHOW CAUSE** |
|---|---|

On September 7, 2006, Plaintiffs Rana Edwards and Belinda Williams filed a complaint against Defendant the San Diego Urban League asserting claims for breach of contract, breach of contract by non-performance, breach of contract by omission, breach of obligation arising from contract, and negligence. (Doc. No. 1.) On September 12, 2006, the Court entered an order requiring Plaintiffs to show cause by October 2, 2006 why the Court has subject matter jurisdiction over this action. (Doc. No. 6.) On October 13, 2006, the Court received a motion from Plaintiffs requesting the Court accept the filing of a late response, along with a response to the order to show cause. The Court grants the Plaintiffs' request and accepts the late response.

IT IS SO ORDERED.

DATED: 10/13/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | **COPIES TO:**<br>Rana Edwards |
| 2 | 2886 Hornet Way<br>San Diego, CA 92106-6243 |
| 3 | |
| 4 | Belinda Williams<br>P.O. Box 5092<br>San Diego, CA 92165 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |