# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Rana C. Williams, Belinda A. Williams

V.                 **JUDGMENT IN A CIVIL CASE**

San Diego Urban League, Inc.

CASE NUMBER:    06cv1788-H(WMc)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Order dismissing case without prejudice for lack of subject matter jurisdiction. The Court denies plaintiff's motions to proceed in forma pauperis as moot..........................................................................................

| October 16, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ R. Rhone |
| | (By) Deputy Clerk |
| | ENTERED ON October 16, 2006 |

06cv1788-H(WMc)