FILED
2006 OCT 17 AM 8:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| RANA C. EWARDS, BELINDA A. WILLIAMS,<br><br>                              Plaintiff,<br>vs.<br>SAN DIEGO URBAN LEAGUE,<br><br>                              Defendant. | CASE NO. 06CV1788-H (WMc)<br><br>**ORDER DENYING AS MOOT PLAINTIFF EDWARDS' MOTION TO REMOVE PLAINTIFF WILLIAMS** |
|---|---|

On September 7, 2006, Plaintiffs Rana Edwards and Belinda Williams filed a complaint against Defendant the San Diego Urban League asserting claims for breach of contract, breach of contract by non-performance, breach of contract by omission, breach of obligation arising from contract, and negligence. (Doc. No. 1.) On October 13, 2006, Plaintiff Edwards filed a motion seeking to remove Plaintiff Williams from this action. Given the Court's order dismissing this case without prejudice for lack of subject matter jurisdiction, the Court **DENIES** Plaintiff Edwards' motion as moot.

IT IS SO ORDERED.

DATED: 10/16/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | **COPIES TO:** |
| | Rana Edwards |
| 2 | 2886 Hornet Way |
| | San Diego, CA 92106-6243 |
| 3 | |
| | Belinda Williams |
| 4 | P.O. Box 5092 |
| | San Diego, CA 92165 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |